UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00042(1)-CRW |
| | § | |
| (1) Urbano Guerrero Jr. | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed October 13, 2026, wherein the defendant (1) Urbano Guerrero Jr. waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Urbano Guerrero Jr. to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Urbano Guerrero Jr.'s plea of guilty to Count One (1) is accepted.

Signed this 27th day of October, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE